```
                    FILED
              CLERK, U.S. DISTRICT COURT

                    DEC 17 2008

              CENTRAL DISTRICT OF CALIF.
              BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Robert Anthony Ramsey<br><br>　　　　　Defendant. | Case No.: CR-06-490-AHM<br>　　　　　CR-06-512-AHM<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __CD Cal__ for alleged violation(s) of the terms and conditions of his/~~her~~ [~~probation~~] [supervised release]; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(✓)　The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/s~~h~~e is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _nature of charges; outstanding warrant; appears to be fugitive, including evasion of police, + failure to report_

and/or ~~or~~

B.  (✗)  The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/~~she~~ is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of charges; of association w/ felons; no contrary evidence_

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/17/08

_Ralph Zarefsky_
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE